

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
APR 1 3 2005

MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. |
| vs. | ) | 05CR 358 |
| | ) | Violation: Title 18, United States |
| SAMUEL FOSTER | ) | Code, Section 922(g)(1) |

JUDGE LINDBERG
MAGISTRATE JUDGE SIDNEY I. SCHENKIER

The SPECIAL MARCH 2004 GRAND JURY charges:

On or about November 3, 2003, at Joliet, in the Northern District of Illinois, Eastern Division,

SAMUEL FOSTER,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, namely, a Rossi .38 caliber revolver, model R352, bearing serial number VG24796, which firearm was in and affecting interstate commerce in that it had traveled in interstate commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

**FILED**
APR 1 3 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## FORFEITURE ALLEGATION

The SPECIAL MARCH 2004 GRAND JURY further charges:

1. The allegations contained in this Indictment are re-alleged and incorporated here by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of his violation of Title 18, United States Code, Section 922(g)(1), as alleged in the foregoing Indictment,

SAMUEL FOSTER,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in the charged offense.

3. The interest of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), is a Rossi .38 caliber revolver, model R352, bearing serial number VG24796;

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

No.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.

SAMUEL FOSTER

**INDICTMENT**

In Violation of: Title 18, United States Code, Section 922(g)(1)

A true bill,

_____
Foreman

Filed in open court this 13th day

of April A.D. A 2005

MICHAEL W. DOBBINS
By _____
Clerk

Bail, $ _____